CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
ctr@rasmussenlaw.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FREDDIE PRENTISS,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00243-JCM-BNW<br><br>**MOTION TO ALLOW COURT APPOINTED INVESTIGATOR TO HAVE CONTACT VISITATION WITH FREDDIE PRENTISS** |

COMES NOW, Defendant, FREDDIE PRENTISS, by and through his attorney and hereby submits the following Motion for Contact Visitation for CJA Approved Investigator Sheri Keenan.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government and defendant have reached a resolution which encompasses the filing of a new plea agreement, a joint motion to withdraw prior plea agreement, and an amended information.

I am requesting that Investigator Sheri Keenan be allowed to have contact visitation with Prentiss to review the documents as counsel if preparing for lengthy federal trial.

## I.     CONCLUSION

WHEREFORE, we request an Order allowing the investigator to be able to schedule additional time at CoreCivic.

DATED this 22nd day of January, 2022.

>Respectfully submitted,
>
>/s/ Chris T. Rasmussen
>
>_____
>CHRIS T. RASMUSSEN, ESQ.
>Attorneys for Defendant

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:06 pm, January 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**