CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00243-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| FREDDIE LAMONT PRENTISS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Joshua Brister, Assistant United States Attorney, and Chris T. Rasmussen, Esq., counsel for Freddie Prentiss, that the sentencing currently scheduled for February 11, 2022 at 11:00 a.m., be vacated and set to a date and time convenient to this Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

    1. The parties agree to a continuance;

    2. Defendant is currently in custody;

    3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

    4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

    5. Denial of this request could result in a miscarriage of justice;

6. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 30 days.

7. This is the third request for continuance.

DATED this 2nd day of February, 2022.

/s/ Chris T. Rasmussen                                    /s/ Joshua Brister
_____              _____
CHRIS T. RASMUSSEN, ESQ.                   JOSHUA BRISTER
Attorney for Defendant                           Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

      vs.

FREDDIE LAMONT PRENTISS,

             Defendant.

Case No.: 2:18-cr-00243-JCM-BNW

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW**

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently in custody;

3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for thirty days.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

FREDDIE LAMONT PRENTISS,

        Defendant.

Case No.: 2:18-cr-00243-JCM-BNW

**ORDER**

    Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for February 11, 2022 at the hour of 11:00 a.m., be vacated and continued to **March 25, 2022**, at the hour of **11:00 a.m.**

    DATED February 4, 2022.

_____

UNITED STATES DISTRICT JUDGE